**No. 42708.**—Protest 647067-G of J. L. Hudson Co. (Detroit).

Opinion by DALLINGER, J.   On the agreed facts the wooden stands in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.   *Kwong* v. *United States* (T. D. 49409) followed.

**No. 42709.**—Protest 641322-G of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J.   As there was nothing in the record to warrant disturbing the collector's action the protest was overruled.

**No. 42710.**—Protest 726628-G of Davies, Turner & Co. (Philadelphia).

Opinion by DALLINGER, J.   As there was nothing in the record to warrant disturbing the collector's action the protest was overruled.

**No. 42711.**—Protests 667540-G, etc., of Associated Merchandising Corp. et al. (New York).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, NOVEMBER 30, 1939

**No. 42712.**—Petition 5647-R of Butler Bros. (Seattle).

Opinion by KEEFE, J.   From the evidence it was found that the petitioners made their entry without any intention to defraud the revenue or to conceal or misrepresent the facts.   The petition was therefore granted.

**No. 42713.**—Petition 5759-R of Guy B. Barham Co. (New York).

Opinion by KEEFE, J.   The petition was dismissed.

BEFORE THE SECOND DIVISION, DECEMBER 1, 1939

**No. 42714.**—Protest 978576-G of Selsi Co., Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of hair hygrometers similar to those the subject of Abstract 42039.   They were therefore held dutiable as machines at 27½ percent under paragraph 372 as claimed.